No. 47687.—Protests 87377–K, etc., of Tara Singh et al.　(New York).

Opinion by TILSON, J.　In accordance with stipulation of counsel that certain of the items consist of mufflers the same as those involved in Abstract 45938, the claim at 60 percent under paragraph 1209 was sustained.

No. 47688.—Protests 715698–G, etc., of R. T. Shelton Co. et al.　(St. Louis).

Opinion by TILSON, J.　It was stipulated that certain of the items in question consist of hats similar to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).　In accordance therewith certain of the items were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and others imported subsequent to the Netherlands Trade Agreement, T. D. 48075, were held dutiable at 12½ percent under paragraph 1504 (b) (5), as claimed.

No. 47689.—Protest 949110–G of Raylite Trading Co. Inc. (New York).

Opinion by DALLINGER, J.　In accordance with stipulation of counsel that the merchandise in question is the same as that the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), the brass shells in question were held dutiable, as claimed, at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs.

No. 47690.—Protests 906624–G., etc., of Schear & Schrader (New York).

Opinion by DALLINGER, J.　In accordance with stipulation of counsel and on the authority of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188), the Christmas wreaths in question were held dutiable as articles having as an essential feature an electrical element or device, such as signs, at 35 percent ad valorem under paragraph 353, as claimed.

No. 47691.—Protests 679006–G, etc., of J. G. Braun Co., Inc. (New York).

Opinion by DALLINGER, J.　In accordance with stipulation of counsel and on the authority of *Blum* v. *United States* (5 Cust. Ct. 119, C. D. 381) the protests were sustained.